Ádolphe M. Weiss, Respondent, *v.* Harvey Farrington et al., Appellants.

(Argued October 9, 1885 ; decided October 27, 1885.)

The question in this case was simply as to the construction of a contract of employment.

*Edwin Kempton* for appellants.

*Stern & Myers* for respondent.

Earl, J., reads for reversal.
All concur.
Judgment reversed.

---

Charles S. Millington, Respondent, *v.* Welthy T. Dorn, Appellant.

(Submitted October 9, 1885 ; decided October 27, 1885.)

*Bentley & Jones* for appellant.

*C. A. Moon* for respondent.

Agree to affirm ; no opinion.
All concur
Judgment affirmed.

---

Edward Flaherty, Appellant, *v.* David Henderson et al., Respondents.

(Argued October 12, 1885 ; decided October 27, 1885.)

*Hermon H. Shook* for appellant.

*Joseph A. Shoudy* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.